UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| SCOTT HUMPHREY | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | CASE NO. 4:22-CV-00023 |
| | ) | |
| WAL-MART STORES EAST, LP | ) | |
| | ) | |
| *Defendant* | ) | |

## NOTICE OF REMOVAL

Defendant Wal-Mart Stores East, LP ("Walmart"), by counsel, for its Notice of Removal of this action from the Jefferson Circuit Court, Jefferson County, Indiana, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully states as follows:

1. On January 4, 2022, Plaintiff filed an action against Walmart, which is currently pending in the Jefferson Circuit Court, Civil Action No. 39C01-2201-CT-000004. Walmart was served with summons on February 14, 2022.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) and (c) because there is diversity of citizenship between the parties and the total amount in controversy exceeds the jurisdictional minimum of $75,000, though Walmart denies liability to Plaintiff for damages in any amount.

3. Plaintiff is a citizen of Indiana.

4. In accordance with *Carden v. Arkoma Associates*, 494 U.S. 185 (1990), the citizenship of a limited partnership is based upon the citizenship of each of its general and limited partners. Defendant, Walmart Stores East, L.P., is a Delaware limited partnership with its principal place of business in Arkansas. It has one general partner, WSE Management, LLC, and one limited partner, WSE Investment, LLC. Both are Delaware limited liability companies with principal places of business in Arkansas.

5. Pursuant to *Cosgrove v. Bartolotta*, 150 F.3d 729 (7th Cir. 1998) a limited liability company is a citizen, for diversity purposes, of the state in which its members are citizens.

   a) The sole member of WSE Management, LLC is Walmart Stores East, LLC (f/k/a Walmart Stores East, Inc.). The sole member of Walmart Stores East, LLC is Walmart Inc. (f/k/a Walmart Stores, Inc.) In accordance with 28 U.S.C. § 1332(c)(1), Walmart Inc. is a citizen of Delaware, its state of incorporation, and Arkansas, where it has its principal place of business. WSE Management, LLC is therefore a citizen of Arkansas and Delaware.

   b) Like WSE Management, LLC, the sole member of WSE Investment, LLC is also Walmart Stores East, LLC, a citizen of Arkansas and Delaware.

   c) Therefore, Walmart Stores East, L.P. is now and was at the time of the commencement of this action a citizen of Arkansas and Delaware.

6. The amount in controversy as to Plaintiff's claims against Walmart is legally certain to exceed $75,000, exclusive of interest in costs, as confirmed by the February 21, 2022 email correspondence attached hereto as <u>Exhibit A</u>

7. This case arises from an incident in which Plaintiff purportedly sustained injury on the premises of a Walmart store in Jefferson County, Indiana on or about June 24, 2020, when he allegedly slipped and fell.

8. In the Complaint, Plaintiff seeks unspecified damages for personal injury.

9. On February 21, 2022, counsel for Plaintiff confirmed via email to counsel for Walmart that the amount in controversy exceeds $75,000, exclusive of interest and costs [See <u>Ex. A</u>].

10. When removability is not readily apparent from the initial pleading a notice of removal must be filed within thirty (30) days after receipt of a "copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case . . . has become removable." 28 U.S.C. § 1446(b)(3). This Notice of Removal is being filed on February 25, 2022, within thirty (30) days of service of summons upon Walmart and the February 21, 2022 email correspondence confirming the amount in controversy exceeds $75,000, exclusive of interest and costs.

11. A copy of all process, pleadings and orders served as of the date of the filing of this Notice of Removal are attached hereto as <u>Exhibit B</u>.

12. Written notice of the filing of this Notice of Removal, the exhibits thereto, the Notice and Certificate were mailed to Plaintiff's counsel today.

13. True and correct copies of the pleadings enumerated will be filed with the Clerk of the Jefferson Circuit Court.

WHEREFORE, Defendant Wal-Mart Stores East, LP respectfully requests the removal of this action from the Jefferson Circuit Court to this Court for all other appropriate procedures.

Respectfully submitted,

*/s/ Emily C. Lamb*
Jennifer Kincaid Adams
Emily C. Lamb (Atty. No. 30371-10)
BLACKBURN DOMENE & BURCHETT, PLLC
614 West Main Street, Suite 3000
Louisville, KY 40202
Tel: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
elamb@bdblawky.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Removal was sent to the following via U.S. mail, postage prepaid, on this 28th day of February 2022:

Hon. Heidi Kendall-Sage
ALCORN SAGE SCHWARTZ & MACGRATH, LLP
One West Sixth Street
Madison, Indiana 47250
*Counsel for Plaintiff*

*/s/ Emily C. Lamb*
*Counsel for Defendant*

4