# EXHIBIT B

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Scott Humphrey v. Wal-Mart Stores East, LP

| | |
|---|---|
| Case Number | 39C01-2201-CT-000004 |
| Court | Jefferson Circuit Court |
| Type | CT - Civil Tort |
| Filed | 01/04/2022 |
| Status | 01/04/2022 , Pending  (active) |

## Parties to the Case

**Defendant**   Wal-Mart Stores East, LP

<u>Address</u>
CT Corporation System Registered Agent
150 West Market Street, Suite 800
Indianapolis, IN 46204

<u>Attorney</u>
Emily Christine Lamb
*#3037110, Retained*

Blackburn Domene & Burchett, PLLC
614 West Main Street
Suite 3000
Louisville, KY 40202
502-584-1600(W)

**Plaintiff**   Humphrey, Scott

<u>Address</u>
1 W 6th Street
Madison, IN 47250

<u>Attorney</u>
Heidi Annette Kendall-Sage
*#1803053, Retained*

One West 6th Street
Madison, IN 47250
812-273-5230(W)

## Chronological Case Summary

01/04/2022   **Case Opened as a New Filing**

01/04/2022   **Appearance Filed**
    Appearance

    For Party:        Humphrey, Scott
    File Stamp:       01/04/2022

| 01/04/2022 | Complaint/Equivalent Pleading Filed | |
|---|---|---|
| | Complaint for Damages | |
| | Filed By: | Humphrey, Scott |
| | File Stamp: | 01/04/2022 |

| 01/04/2022 | Subpoena/Summons Filed | |
|---|---|---|
| | Summons for Wal-Mart CT Corp. System Registered Agent | |
| | Filed By: | Humphrey, Scott |
| | File Stamp: | 01/04/2022 |

| 02/22/2022 | Appearance Filed | |
|---|---|---|
| | Appearance of Emily Lamb | |
| | For Party: | Wal-Mart Stores East, LP |
| | File Stamp: | 02/21/2022 |

| 02/22/2022 | Answer Filed | |
|---|---|---|
| | Wal-Mart Answer to Complaint | |
| | Filed By: | Wal-Mart Stores East, LP |
| | File Stamp: | 02/21/2022 |

| 02/22/2022 | Notice Filed | |
|---|---|---|
| | Notice of Service | |
| | Filed By: | Wal-Mart Stores East, LP |
| | File Stamp: | 02/21/2022 |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Humphrey, Scott
Plaintiff

Balance Due (as of 02/24/2022)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 01/04/2022 | Transaction Assessment | 157.00 |
| 01/04/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

STATE OF INDIANA
IN THE JEFFERSON CIRCUIT COURT
CAUSE NO 39C01-2201-CT-000004

SCOTT HUMPHREY,
Plaintiff.

v.

WAL-MART STORES EAST, LP
Defendant.

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification: Initiating __X__ Responding ____ Intervening ____

1. The undersigned attorney now appears in this case for the following party member:

   Scott Humphrey

2. Applicable attorney information for service as required by Trial Rule 5 (b)(2) and for case information as required by Trial Rules 3.1 and 77 (b) is as follows:

   **Heidi Kendall-Sage, #18030-53**
   **ALCORN, SAGE, SCHWARTZ, & MAGRATH, LLP**
   **One West Sixth Street**
   **Madison, Indiana 47250**
   **Telephone: (812) 273-5230**
   **Fax: (812) 274-9142**
   **Email: sage@advocatelawoffices.com**

   **IMPORTANT: Each attorney specified on this appearance:**
   (a) certifies that the contact information listed for her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney;** and

(c) understands that she is solely responsible for keeping her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b) (3):     **CT**

4. I will accept service by FAX at the above noted number:  **No.**

5. This case involves support issues:  **No.**

6. There are related cases:  **No.**

7. Additional information required by local rule:  **N/A.**

8. Service by:  **Certificate of Service Attached.**

Respectfully submitted,

/s/: Heidi Kendall-Sage
Heidi Kendall-Sage, #18030-53
ALCORN SAGE SCHWARTZ & MAGRATH, LLP
One West Sixth Street
Madison Indiana 47250
(812)273-5230


**SERVE WITH SUMMONS**

STATE OF INDIANA
IN THE JEFFERSON CIRCUIT COURT
CAUSE NO. 39C01-2201-CT-000004

SCOTT HUMPHREY,
Plaintiff.

v.

WAL-MART STORES EAST, LP
Defendant.

## COMPLAINT FOR DAMAGES

The Plaintiff, Scott Humphrey, by counsel, Heidi Kendall-Sage, for her complaint would state as follows:

1. The plaintiff, Scott Humphrey, was at all times relevant a resident of Jefferson County, Indiana.

2. The defendant, Wal-Mart Stores East, LP was at all times relevant an Arkansas company, registered in the State of Indiana, and conducting business in Jefferson County, Indiana, under the assumed name of "Wal-Mart".

3. On or about 24TH day of June, 2020, the Plaintiff was at the Defendant's place of business as a customer and business invitee.

4. The defendant's place of business is located at 567 Ivy Tech Drive, Madison, in Jefferson County, Indiana.

5. The Plaintiff slipped and injured his knee while walking through water leaking on the floor from one of the refrigeration units at Defendant's business.

6. The Plaintiff was seriously injured as a result of the Defendant's negligence.

7. Defendant breached its duty by:
    a. Creating and/or maintaining a hazardous condition on the floor.
    b. Failing to remedy the hazardous condition by removing it from the floor.
    c. Failing to adequately mark and/or warn the plaintiff of the hazardous condition.
    d. Failing to repair their refrigeration units such that they do not leak.

8. The Defendant owed a duty to the Plaintiff, as an invitee, to keep its premises in a reasonably safe condition.

9. Due to the Defendant's negligence and as a direct and proximate cause of said negligence the Plaintiff was injured.

10. Due to the Defendant's negligence and as a direct and proximate cause of said negligence the Plaintiff has sustained injuries, has incurred and will continue to incur medical expenses as a result of said injuries, has endured and will continue to endure pain and suffering as a result of his injuries, has lost wages, the full extent and permanency of which are not yet fully ascertainable.

WHEREFORE, the Plaintiff demands a judgment against the Defendant in an amount which will compensate him for his losses suffered as a result of the Defendant's negligence.

*Scott Humphrey* /s/
Scott Humphrey, Plaintiff

Respectfully submitted,

/s/: Heidi Kendall-Sage
Heidi Kendall-Sage, # 18030-53
ALCORN SAGE SCHWARTZ & MAGRATH, LLP
One West Sixth Street
Madison, Indiana 47250
(812) 273-5230

## JURY DEMAND

The plaintiff by her counsel, Heidi Kendall-Sage, demands that this cause be tried by a jury.

Respectfully submitted,

/s/: Heidi Kendall-Sage
Heidi Kendall-Sage, # 18030-53
ALCORN SAGE SCHWARTZ & MAGRATH, LLP
One West Sixth Street
Madison, Indiana 47250
(812) 273-5230

**\*SERVE WITH SUMMONS\***

STATE OF INDIANA
IN THE JEFFERSON CIRCUIT COURT
CAUSE NO. 39C01-2201-CT-000004

SCOTT HUMPHREY
Plaintiff.

v.

WAL-MART STORES EAST, LP
Defendant.

## SUMMONS

THE STATE OF INDIANA TO DEFENDANT:

(Name):       CT Corporation System Registered Agent
(Address:)    150 West Market Street, Suite 800, Indianapolis, IN 46204

  You are hereby notified that you have been sued in the Scott Superior/Circuit Court by the person(s) named as plaintiff(s).

  The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the relief sought or the demand made against you by the plaintiff(s).

  An answer or other appropriate response in writing to the complaint must be filed either you or your attorney within twenty (20) days commencing the day after you receive this summons (or twenty-three (23) days if this summons was received by mail) or a judgment by default may be rendered against you for the relief demanded by plaintiff(s) in the complaint.

  If you have a claim for relief against the plaintiff(s) arising from the same transaction or occurrence, you must assert it in your written answer.

DATE: 1/4/2022

_____
Clerk, Jefferson Circuit Court

(The following manner of service of summons is hereby designated)

__XX__ Registered or certified mail. 9414 7266 9904 2972 2228 98

_____ Service on individual(s) at above address.

_____ Service at place of employment, to-wit_____

__XX__ Service on agent. (Specify) CT Corp. System, 150 West Market St., Ste 800, Indianapolis, IN 46204

_____ Other Service. (Specify): _____

Heidi Kendall-Sage
ALCORN SAGE SCHWARTZ & MAGRATH, LLP
Attorney for Plaintiff(s)
One West Sixth Street, Madison, Indiana 47250
Address
(812) 273-5230
Telephone

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE JEFFERSON CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF JEFFERSON | ) | CAUSE NO. 39C01-2201-CT-000004 |

SCOTT HUMPHREY,     )
      Plaintiff,     )
                            )
                            )
                            )
v.     )
                            )
WALMART STORES EAST, LP     )
      Defendant     )

*** ** ** ***

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:** Initiating _____     Responding __X__     Intervening _____

    1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):  Walmart Stores East, LP

    2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    Emily C. Lamb                           Indiana Attorney No. 30371-10
    Blackburn Domene & Burchett, PLLC      Phone: (502) 584-1600
    614 W. Main Street, Suite 3000             Fax: (502) 584-9971
    Louisville, KY 40202                       elamb@bdblawky.com

    Ms. Lamb will serve as lead counsel and requests all pleadings and letters from counsel to be sent to his attention.

    3.    There are other party members:   Yes____   No_X_

    4.    *If first initiating party filing this case*, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): _____

    5.    I will accept service by FAX at the above noted number:  Yes ___  No _X_

    6.    This case involves support issues.  Yes_____  No _X_  (*If yes, supply social security numbers for all family members on continuation page.*)

7.       There are related cases:  Yes_____   No__X__   (*If yes, list on continuation page.*)

8.       This form has been serviced on all other parties.  Certificate of Service is attached:  Yes __X__   No_____

9.       Additional information required by local rule: _____

Respectfully submitted

*/s/ Emily C. Lamb*_____
Emily C. Lamb
Indiana Bar No. 30371-10
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, Kentucky 40202
(502) 584-1600 Phone
(502) 584-9971 Fax
elamb@bdblawky.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Indiana E-filing system, on this the 21st day of February, 2022 and the following counsel of record was served.

Heidi Kendall-Sage
ALCORN, SAGE, SWARTZ, MAGRATH, LLP
One West Sixth Street
Madison, IN 47250
sage@advocatelawoffices.com
*Counsel for Plaintiff*

Electronic filers will receive service electronically. A copy will be mailed to current non-filers.

*/s/ Emily C. Lamb*_____
*Counsel for Defendant*

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE JEFFERSON CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF JEFFERSON | ) | CAUSE NO. 39C01-2201-CT-000004 |

| | |
|---|---|
| SCOTT HUMPHREY, | ) |
|     Plaintiff, | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| WAL-MART STORES EAST, LP | ) |
|     Defendant | ) |

*** ** ** ***

## ANSWER OF DEFENDANT

Defendant, Wal-Mart Stores East, LP (hereinafter referred to as "Walmart"), by counsel, for its Answer to Plaintiff's Complaint, states as follows:

### FIRST DEFENSE

### GENERAL ALLEGATIONS

1. Walmart is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in numerical paragraphs 1, 3 and 5 of Plaintiff's Complaint and, therefore, denies same.

2. In response to the allegations contained in numerical paragraph 2 of Plaintiff's Complaint, Walmart admits only that Walmart is registered in the State of Indiana and conducts business in Jefferson County, Indiana. The remaining allegations in numerical paragraph 2 are denied.

2. Walmart admits the allegations contained in numerical paragraph 4 of Plaintiff's Complaint.

3. Walmart denies the allegations contained in paragraphs 6, 7 (including all sub-parts), 8, 9 and 10 of Plaintiff's Complaint.

4. Walmart denies each and every allegation of Plaintiff's Complaint not specifically admitted.

5. To the extent the Complaint's prayer for relief contains factual allegations that must be admitted or denied, they are denied.

## SECOND DEFENSE

Without waiving its denial of liability to Plaintiff, Walmart states that the damages of which Plaintiff complains were caused entirely or in part by the contributory or comparative negligence or fault of the Plaintiff and Plaintiff's negligence or fault is a total or partial bar to Plaintiff's claims for damages herein.

## THIRD DEFENSE

Without waiving its denial of liability to Plaintiff, Walmart states that if discovery reveals the damages of which Plaintiff complains were caused by an underlying illness or disease process in Plaintiff, and not by any action or failure to act on the part of Walmart, then Walmart is not liable to Plaintiff.

## FOURTH DEFENSE

Without waiving its denial of liability, Walmart states that if discovery reveals Plaintiff's alleged damages were the direct and proximate result of acts or omissions of third parties over whom, or over which, Walmart had no direction and control, then Walmart is not liable to Plaintiff.

**FIFTH DEFENSE**

Without waiving its denial of liability, Walmart states that if discovery reveals Plaintiff's alleged injuries and damages were the result of superseding and/or intervening causes, then Walmart is not liable to Plaintiff.

**SIXTH DEFENSE**

Without waiving its denial of liability to Plaintiff, Walmart states that Plaintiff may have failed to mitigate his alleged damages.

**SEVENTH DEFENSE**

The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**EIGHTH DEFENSE**

Without waiving its denial of liability to Plaintiff, Walmart states that to the extent that Plaintiff's alleged injuries and damages were caused, in whole or in part, by the fault of any other non-party, fault should be apportioned under Indiana's Comparative Fault Act.

**NINTH DEFENSE**

The Complaint demands relief that is not recoverable under Indiana law and Walmart raises this as an affirmative defense.

**TENTH DEFENSE**

Without waiving its denial of liability to Plaintiff, Walmart is entitled to a credit or setoff for any and all worker's compensation or other collateral source payments made to or on behalf of the Plaintiffs herein pursuant to *Stanley v. Walker*, *Patchett v. Lee*, and Indiana statutory law.

**ELEVENTH DEFENSE**

Walmart pleads any and all affirmative defenses set forth in Rules 8(C), 9.1, and 12 of the Indiana Rules of Trial Procedure as if set forth at length herein and specifically states that

Plaintiff's claims may be barred by the statute of limitations, lack of jurisdiction and venue, contributory negligence and assumption of the risk.

Walmart reserves the right to assert additional defenses, whether affirmative or otherwise, about which it presently lacks sufficient knowledge or information but which may become available to it during the course of this litigation through discovery or other means.

WHEREFORE, Walmart demands as follows:

1. That the Complaint against it be dismissed with prejudice;

2. That it recover its costs and expenses herein;

3. That there be a trial by jury on all issues so triable;

4. That there be an instruction given to the jury as to apportionment of fault; and

5. That it recover all other relief to which it may be entitled.

Respectfully submitted,

*/s/ Emily C. Lamb*
Emily C. Lamb
Indiana Bar No. 30371-10
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, Kentucky 40202
(502) 584-1600
(502) 584-9971(facsimile)
elamb@bdblawky.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      It is hereby certified that the foregoing was filed with the above court electronically via the Indiana E-filing system, on this the 21st day of February, 2022 and the following counsel of record was served.

    Heidi Kendall-Sage
    ALCORN, SAGE, SWARTZ, MAGRATH, LLP
    One West Sixth Street
    Madison, IN 47250
    sage@advocatelawoffices.com
    *Counsel for Plaintiff*


Electronic filers will receive service electronically. A copy will be mailed to current non-filers.

                            */s/ Emily Lamb*_____
                            *Counsel for Defendant*

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE JEFFERSON CIRCUIT COURT** |
| | ) *SS:* | |
| **COUNTY OF JEFFERSON** | ) | **CAUSE NO. 39C01-2201-CT-000004** |

| | |
|---|---|
| **SCOTT HUMPHREY,** | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| | ) |
| **v.** | ) |
| | ) |
| **WALMART STORES EAST, LP** | ) |
| **Defendant** | ) |

\*\*\* \*\* \*\* \*\*\*

## NOTICE OF SERVICE

Defendant, Walmart Stores East, LP, by and through counsel, hereby gives Notice of Service of its First Set of Interrogatories and Request for Production of Documents Propounded to Plaintiff by electronic mail on February 21, 2022.

                                                                                                       Respectfully submitted,

                                                                        */s/ Emily C. Lamb*
                                                                        Emily C. Lamb
                                                                        Indiana Bar No. 30371-10
                                                                        Blackburn Domene & Burchett, PLLC
                                                                        614 W. Main Street, Suite 3000
                                                                        Louisville, Kentucky 40202
                                                                        (502) 584-1600
                                                                        (502) 584-9971(facsimile)
                                                                        elamb@bdblawky.com
                                                                        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      It is hereby certified that the foregoing was filed with the above court electronically via the Indiana E-filing system, on this the 21st day of February, 2022 and the following counsel of record was served.

    Heidi Kendall-Sage
    ALCORN, SAGE, SWARTZ, MAGRATH, LLP
    One West Sixth Street
    Madison, IN 47250
    sage@advocatelawoffices.com
    *Counsel for Plaintiff*

Electronic filers will receive service electronically. A copy will be mailed to current non-filers.

                                     */s/ Emily C. Lamb*_____
                                     *Counsel for Defendant*