UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SCOTT HUMPHREY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) CAUSE NO.4:22-CV-00023-SEB-DML |
| | ) |
| WALMART STORES EAST, LP | ) |
| | ) |
| DEFENDANT. | ) |

**MOTION FOR CONTINUANCE OF INITIAL PRE-TRIAL CONFERENCE**

Comes now the Plaintiff, Scott Humphrey, by counsel Heidi Kendall-Sage and requests the Court to continue the hearing previously scheduled pre-trial conference now set for March 31, at 2:00 p.m. for reason that the Plaintiff's counsel has a previously scheduled hearing set in a Social Security Disability case at the same date and time. Plaintiff's counsel has spoken with Defense Counsel and she does not object to this continuance.

WHEREFORE, the Plaintiff prays for a continuance of the pre-trial conference and for all other proper relief in the premises.

Respectfully submitted,

 /s/ Heidi Kendall-Sage
Heidi Kendall-Sage, #18030-53
ALCORN SAGE SCHWARTZ & MAGRATH, LLP
One West Sixth Street
Madison, Indiana 47250
(812)273-5230

CERTIFICATE OF SERVICE

I, Heidi Kendall-Sage, hereby certify that on the 6th day of March, 2022, a copy of the foregoing was served on Emily C. Lamb, Attorney for the Defendant, Blackburn Domene & Burchett, PLLC, 614 W. Main Street, Suite 3000, Louisville, KY 40202 by e-filing such with the Court

                                                                   /s/ Heidi Kendall-Sage
                                                                   Heidi Kendall-Sage