UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| SCOTT HUMPHREY, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CAUSE NO.4:22-CV-00023-SEB-DML |
| | ) | |
| WALMART STORES EAST, LP | ) | |
| | ) | |
| DEFENDANT. | ) | |

**ORDER GRANTING CONTINUANCE**
**OF INITIAL PRETRIAL CONFERENCE**

Comes now the Plaintiff, by counsel, Heidi Kendall-Sage and file their Motion for Continuance of the PTC set in this case for March 31, 2022 at 2 pm.

And the Court being duly advised in the premises now grants said motion and resets this matter for a pre-trial conference on the ___ day of _____, 2022 at _____ o'clock ___.m.

SO ORDERED this ___ day of _____, 2022.

_____

Judge

Copies to:
Heidi Kendall-Sage
Emily C. Lamb