UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SCOTT HUMPHREY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) CAUSE NO.4:22-CV-00023-SEB-DML |
| | ) |
| WALMART STORES EAST, LP | ) |
| | ) |
| DEFENDANT. | ) |

## ORDER GRANTING CONTINUANCE
## OF PRETRIAL CONFERENCE

Comes now the Plaintiff, by counsel, Heidi Kendall-Sage and file their Motion for Continuance of the PTC set in this case for August 9th, 2022, at 9:30 a.m.

And the Court being duly advised in the premises now grants said motion and resets this matter for a pre-trial conference on the ___ day of _____, 2022 at _____ o'clock ___.m.

SO ORDERED this ___ day of _____, 2022.

_____
Judge

Copies to:
Heidi Kendall-Sage
Emily C. Lamb